# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA,
### INDIANAPOLIS DIVISION

**TERRANCE E. DELONEY,**

 **Plaintiff,**

 *vs.*

**CAROLYN W. COLVIN, Commissioner of Social Security,**

 **Defendant.**

CAUSE NO.  **1:14-cv-1813-DKL-JMS**

## JUDGMENT

The Court, having this date issued is Entry in this Cause, hereby **ORDERS**, **ADJUDGES**, and **DECREES** that judgment be entered in favor of the defendant Commissioner of Social Security and against the plaintiff Terrance E. Deloney.  The decision of the Commissioner denying Plaintiff's claim for Social Security disability benefits is **AFFIRMED**.  This is a final judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g).

 **SO ORDERED this date:**  03/31/2016

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record *via* ECF-generated e-mail.